| | |
|---|---|
| 1 | ROBERT J. HANNA, Bar No. 66105 |
|   | Robert.Hanna@bbklaw.com |
| 2 | JOHN D. HERSHBERGER, Bar No. 112684 |
|   | John.Hershberger@bbklaw.com |
| 3 | MATTHEW L. GREEN, Bar No. 227904 |
|   | Matthew.Green@bbklaw.com |
| 4 | BEST BEST & KRIEGER LLP |
|   | 655 West Broadway, 15th Floor |
| 5 | San Diego, California 92101 |
|   | Telephone: (619) 525-1300 |
| 6 | Facsimile: (619) 233-6118 |

Oliver W. Wanger, Bar No. 40331
owanger@wjhattorneys.com
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93270
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Attorneys for Defendants
RISING TREE WIND FARM LLC, and
EDP RENEWABLES NORTH AMERICA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation;<br><br>Plaintiffs,<br><br>v.<br><br>RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |

61009.00001\7425092.1

NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §1441(B) (DIVERSITY)

1  adverse to Plaintiffs' title, or any
   cloud on Plaintiffs' title thereto; and
2  DOES 1 through 50, inclusive,

3               Defendants.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants, RISING TREE WIND FARM LLC and EDP RENEWABLES NORTH AMERICA LLC, hereby remove to this Court the state court action described below:

1. On April 30 2012, an action was commenced in Superior Court of the State of California in and for the County of Kern – Metropolitan Division, entitled *RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of THE SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation, Plaintiffs v. RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive, Defendants*, Case Number S-1500-CV-276511. A true and correct copy of the Verified Complaint is attached hereto as Exhibit "1".

2. Defendants were served with a copy of the Verified Complaint and a Summons from the state court on May 4, 2012. On May 7, 2012, Defendants were served with a Notice of Pending Action. A true and correct copy of the Notice of Pending Action is attached hereto as Exhibit "2". The first date upon which Defendants received a copy of the Verified Complaint was on May 1, 2012.

3. This matter is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

///

4.     The Verified Complaint makes clear that the amount in controversy exceeds $75,000, exclusive of interest and costs.  Specifically, Plaintiffs allege in the Verified Complaint, among other things, that:

(a)    On November 18, 2011, Plaintiffs received from Defendants, "the [$500,000] payments described in Section 3(c)(2) of the Agreement." (See Verified Complaint ¶ 28; see also Exhibit "A" to Verified Complaint, at pp. 6-7, ¶ 3 (3)(2));

(b)    Defendants contend the above-referenced $500,000 payment "extended the Base Option Term [of the Agreement] by two years." (See Verified Complaint ¶ 31.); and

(c)    Plaintiffs "contend that the option expired [notwithstanding the $500,000 payment received by Plaintiffs]...." (See Verified Complaint ¶ 33.)

5.     Plaintiffs also allege in the Verified Complaint that:

(a)    This action involves disputed title to thousands of acres of real property located in Kern County, California, including, but not limited to, "approximately 2,000 acres of land in Kern County, California..." owned by one or more of the Defendants. (See Verified Complaint ¶ 17, lines 15-16.); and

(b)    Plaintiffs' have an "Acquisition right...with respect to the real property [approximately 2,000 acres of land owned by Defendant Rising Tree Wind Farm LLC,  located in Kern County] described in Exhibit B to the Agreement." (See Verified Complaint ¶ 46; see also Exhibit "B" to Option Agreement, which Option Agreement is attached as Exhibit "A" to the Verified Complaint.)

6.     Complete diversity of citizenship existed at the time the Verified Complaint was filed and currently exists in that:

(a)    Plaintiff RENEWABLE LAND, LLC is a limited liability company organized and existing under the laws of the State  of California, and maintains its principal place of business in Kern County, California;

(b)    Plaintiff SEAN GARRIFF ROBERTS is an individual residing in Kern County, California, and he is the trustee of the SEAN GARRIFF

ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California Trust; and

(c)     Plaintiff RENEWABLE MANAGEMENT CORPORATION, is a California corporation, and it maintains its principal place of business in Kern County, California.

(d)     Defendant RISING TREE WIND FARM LLC ("Rising Tree") is a limited liability company formed under the laws of the State of Delaware, it is authorized to do business in the State of California, and it is 100% wholly owned by EDP Renewables North America LLC;

(e)     EDP RENEWABLES NORTH AMERICA LLC (" EDP Renewables North America") is a limited liability company formed under the laws of the State of Delaware and 100% wholly owned by EDP Renováveis, S.A. (EDP Renováveis); and

(f)     Rising Tree and EDP Renewables North America each maintain their principal place of business in Houston, Texas, while EDP Renováveis maintains its principal place of business in Madrid, Spain.

7.     Attached as Exhibit "3" are the court files from the state court proceeding (minus the Complaint and Lis Pendens, which are attached as Exhibits 1 and 2, respectively).

Dated: May 16, 2012

BEST BEST & KRIEGER LLP

By: /s/ John D. Hershberger
ROBERT J. HANNA
JOHN HERSHBERGER
Attorneys for Plaintiff
RISING TREE WIND FARM LLC
and EDP RENEWABLES NORTH AMERICA LLC