COUNTY OF KERN

By _____   By _____
        "OWNER"                         Director, Planning Department

"COUNTY"

APPROVED AS TO FORM:
Office of County Counsel

By _____
          Deputy

(FORM188.PDS)      —3—      Revision Date (1/15/03)

Exhibit F to Wind Energy Development and Option Agreement

## Exhibit G

Owner may construct buildings in Plot A as defined below.

Plot A:

A rectangular plot of land (shown in dark grey below) with a 180,000 sq ft, ~ 4 acre footprint measuring 300 ft by 600 ft and located in the southwest corner of a parcel of land (light grey) in Section 16 corresponding to APN# 234-031-08, and also described as follows: East 1/2, NE 1/4 of Section 16, Township 11 North, Range 13 West, S.B.B.&M., County of Kern, State of California.



Map from Mojave, CA 15' 1973 USGS Quadrangle Map / UTM Z   11, 1927 North American Datum

**RISING TREE WIND FARM LLC**
808 Travis, Suite 700
Houston, TX 77002
713-265-0350

*VIA FEDERAL EXPRESS AND*
*CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

November 17, 2011

Certified Mail Address:

Renewable Land, LLC
Sean Garriff Roberts, Trustee
Renewable Management Corp.
c/o Renewable Land, LLC
P.O. Box 90
Mojave, CA 93502
Attn: Sean G. Roberts, President and Teresa Bryant

Overnight Address:

Renewable Land, LLC
Sean Garriff Roberts, Trustee
Renewable Management Corp.
c/o Renewable Land, LLC
15509 70th Street West, Bldg #3
Mojave, CA 93501
Attn: Sean G. Roberts, President

Re: <u>Wind Energy Development and Option Agreement dated November 17, 2006, as amended</u>

Dear Sean:

Pursuant to Section 3 (c) of that certain Wind Energy Development and Option Agreement dated November 17, 2006 ("Option Agreement"), Rising Tree Wind Farm LLC, a Delaware limited liability company, formerly known as Brent Tree Wind Farm LLC, a Delaware limited liability company f/k/a Homestead Wind Farm LLC, a Delaware limited liability company ("Optionee") would like to extend the Basic Option Term from November 17, 2011 to November 17, 2013. Since the condition stated in Section 3 (c) (1) was not met by Optionee and the Option will expire as of November 18, 2011, Optionee requests that (i) Renewable Land, LLC, Sean Garriff Roberts, Trustee of the Sean Garriff Roberts 2005 Trust dba Roberts Investments and Renewable Management Corp (collectively, the "Owners") waive the condition stated in Section (3) (c) (1) and (ii) the Owners reaffirm and regrant the Option to Optionee effective as November 17, 2011. If acceptable to the Owners, Optionee requests that the Owners execute the enclosed Second Amendment to Wind Energy Development and Option Agreement and the Second Amendment to Memorandum of Wind Energy Development and Option Agreement. Also enclosed are two checks (i) one check for Two Hundred and Fifty Thousand Dollars ($250,000) made payable to Renewable Land, LLC and (ii) one check for Two Hundred and Fifty Thousand Dollars ($250,000) made payable to Sean Garriff Roberts, Trustee of the Sean Garriff Roberts 2005 Trust dba Roberts Investments in accordance with Section 3 (c) (2) of the Option Agreement. The cashing of the two



enclosed checks are conditioned upon the Owner's signatures (and signatures notarized) of the enclosed Second Amendment to Wind Energy Development and Option Agreement and the Second Amendment to Memorandum of Wind Energy Development and Option Agreement and return the original documents to Optionee in the enclosed federal express envelope (charges prepaid) no later than Monday, November 21, 2011 .

Please contact Tim Marvich at (503) 535-1520 or Andrew Young at (312) 435-1295 if you have any questions or concerns.

Regards,

Rising Tree Wind Farm LLC,
a Delaware limited liability company

By: _____
Name: _____
Title: _____

## SECOND AMENDMENT TO WIND ENERGY DEVELOPMENT
## AND OPTION AGREEMENT

**THIS SECOND AMENDMENT TO WIND ENERGY DEVELOPMENT AND WIND OPTION AGREEMENT** (this "Second Amendment") is made and entered into as of November 17, 2011 ("Effective Date"), by and between Renewable Land, LLC, a California limited liability company ("RLC"), Sean Garriff Roberts, Trustee of the Sean Garriff Roberts 2005 Trust dba Roberts Investments, a California trust ("Investments") and Renewable Management Corp., a California corporation ("RMC", together with RLC and Investments, collectively, the "Owners") and Rising Tree Wind Farm, LLC a Delaware limited liability company formerly known as Bent Tree Wind Farm LLC a/f/k/a Homestead Wind Farm LLC, a Delaware limited liability company, its successors and assigns, ("Rising Tree").

## RECITALS

WHEREAS, Rising Tree and Owners entered into that certain Wind Energy Development and Option Agreement dated as of November 17, 2006, a memorandum of which was recorded in the Office of the County Recorder of Kern County, California on November 22, 2006, as Document Number 200212190012 and as amended by that certain First Amendment to Wind Energy Development and Option Agreement and First Amendment to Memorandum of Agreement dated October 15, 2010 and recorded in the Office of the County Recorder of Kern County, California on November 16, 2010, as Document Number 0210159771 (collectively, the "Option Agreement"), whereby Owners granted to Rising Tree an exclusive, irrevocable option with respect to the real property located in Kern Count y, California a nd more particularly described on Exhibit A attached hereto and by this reference made a part hereof (the "Owner's Property") to lease or purchase the Owner's Property in accordance with the terms and conditions of the Option Agreement

WHEREAS, the Option Agreement has expired by its terms and Rising Tree and Owners desire to reinstate and reaffirm the Option and the Option Agreement in its entirety as set forth below.

NOW, THEREFORE, in consideration of the foregoing and other good and valuable consideration, the receipt and sufficiency are hereby acknowledged, Grantor and Grantee hereby agrees as follows:

1. **CAPITALIZED TERMS.** Capitalized terms not otherwise defined in this Second Amendment shall have the meanings provided in the Option Agreement.

2. **AMENDMENT.** The Option Agreement is amended and modified as follows:

    (i) Owners hereby waives the notice requirement to extend the Option and the Option Agreement pursuant to Section 3 (c ) (2) of the Option Agreement.

    (ii) Owners hereby re-grants, reaffirms, revives and reinstates the Option subject to the terms and conditions of the Option Agreement effective as

11-17-11



of November 17, 2011. The Option Agreement is ratified and confirmed in each and every respect and continues in full force and effect.

(iii) Pursuant to Section 3 (c) of the Option Agreement, the Base Option Term has been extended for an additional two (2) years beyond the Base Option Term to November 17, 2013 (the "Extended Option Term").

(iv) The notice address for Owners under Section 14 of the Option Agreement is hereby changed to Renewable Land, LLC, P.O. Box 90, 15509 70th Street West, Bldg #3, Mojave CA 93501, Attn: Sean G. Roberts, President, Telefacsimile: (661) 824-9009, E-mail Addresses: sean.roberts@windenergyconstructors.com.

(v) Owners acknowledge that Rising Tree is not in default of the terms and conditions of the Option Agreement.

3. **PAYMENT**. As full and complete consideration for the rights granted hereunder, Rising Tree agrees to pay to Owners in accordance with and pursuant to the Section 3 (c) (2) (i) one check for Two Hundred and Fifty Thousand Dollars ($250,000) made payable to Renewable Land, LLC and (ii) one check for Two Hundred and Fifty Thousand Dollars ($250,000) made payable to Sean Garriff Roberts, Trustee of the Sean Garriff Roberts 2005 Trust dba Roberts Investments which payment is enclosed herewith. The cashing of the enclosed checks are conditioned upon the Owner's signatures (and signatures notarized) of the enclosed Amendment to Wind Energy Development and Option Agreement and the Amendment to Memorandum of Wind Energy Development and Option Agreement and return the original documents to Optionee in the enclosed federal express envelope (charges prepaid) no later than Monday, November 21, 2011

4. **FULL FORCE AND EFFECT**. Except as explicitly amended by this Second Amendment, Owners and Rising Tree agree that all of the terms and conditions of the Option Agreement and all exhibits thereto are hereby reaffirmed, ratified and reconfirmed in each and every respect, and the Option Agreement shall continue to be in full force and effect. All references in the Option Agreement to the "Option Agreement" shall be deemed to refer to the Option Agreement as amended hereby.

5. **SUCCESSORS AND ASSIGNS**. This Second Amendment shall run with the land and inure to the benefit of and be binding upon the respective successors and assigns of Owners and Rising Tree.

6. **COUNTERPARTS**. This Second Amendment may be executed in two or more counterparts, each of which shall constitute an original and all of which, when taken together, shall constitute one and the same First Amendment.

11-17-11                                    2                              

7. **GOVERNING LAW**. This Second Amendment shall be governed by and interpreted in accordance with the laws of the State of California applicable to contracts made and to be performed in the State of California.

8. **RECORDING OF MEMORANDUM**. Concurrently with mutual execution of this Second Amendment, Owners and Rising Tree shall execute in recordable form and Rising Treet shall then record a memorandum of this First Amendment in the Office of the County Recorder of Kern County, California.

IN WITNESS WHEREOF, Owners and Rising Tree have caused this Second Amendment to be executed and delivered by their duly authorized representatives as of the day and year first set forth above.

OWNERS:

Renewable Land, LLC,
a California limited liability company

By:_____
Printed Name:_____
Title:_____

Renewable Management Corp.,
a California corporation

By:_____
Printed Name:_____
Title:_____

Sean Garriff Roberts, Trustee of the Sean Garriff Roberts 2005 Trust dba Roberts Investments, a California trust

By:_____
Printed Name:_____
Title:_____

RISING TREE:

Rising Tree Wind Farm LLC,
a Delaware limited liability company

By:_____
Printed Name:_____
Title:_____

11-17-11

3

# EXHIBIT A

## Description of Owner's Property

### Real Property Description.

The **RLC Property** consist(s) of approximately 670 acres of land in Kern County, California as more specifically described below:

### Section 35, Township 12 North, Range 13 West

PARCEL 1:
West Half, West Half, Southeast Quarter, Section 35, Township 12 North, Range 13 West, S.B.B. & M. ((Assessor's Parcel Number 224-450-25)

Excepting therefrom the North 249 feet thereof.

PARCEL 2:
South Half, West Half, East Half, Southwest Quarter, of fraction Section 35, Township 12 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 224-450-29)

Also excepting therefrom twenty-five percent (25%) of all oil, carbohydrates, minerals (metallic and non-metallic, boron, rate earth, rock, sand and gravel. Grantor herein shall not have the interest in proportion to above interest in the event oil, minerals, etc. are development as reserved by Earl W. Dible and Isable W. Dible, as community property in deed recorded January 13, 1969, in Book 4231 Page 301 of Official Records,

PARCEL 3:
South Half, North Half, Northwest Quarter, Southeast Quarter, Southeast Quarter, Section 35, Township 12 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 224-450-33)

Subject to all covenants, conditions, restrictions, reservations, rights, rights of way, and easements of record.

### Section 36, Township 12 North, Range 13 West

PARCEL 4:
West Half, of Lots 1 and 2 in the Northwest Quarter, of Section 36, Township 12 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 224-440-01)

The plant of a dependent resurvey of said township was filed in the District Land Office, February 28, 1940. (Assessor's Parcel Number 224-440-01)

PARCEL 5:
Lot 2 in the Northeast Quarter, of Section 36, Township 12 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 224-440-03)

Excepting therefrom one-half of all oil, gas, minerals and other hydrocarbon substances in and under the land above described, as reserved by High F. Newman and December 10, 1975, in

Book 4927, Page 2373 Official Records. The plat of a dependent resurvey of said Township was filed in the District Land Office February 28th, 1940. (Assessor's Parcel Number 224-440-03)

PARCEL 6:
Lot 1 in the Northeast Quarter, of Section 36, Township 12 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 224-440-05)

Excepting therefrom the East Half, East Half, of said Lot 1 as conveyed to Frederick Carlson and Sulma Lee Carlson, husband and wife as joint tenants, in deed recorded March 3, 1970 in Book 4373 Page 987 of Official Records.

Also excepting therefrom the West Half, West Half, of said Lot 1, as conveyed to Nicholas C. Theodore and Pauline R. Theodore, husband and wife as joint tenants, in deed recorded June 27th, 1972 in Book 4892 page 551 of Official Records.

Also excepting therefrom one-half of all oil, gas, minerals and other hydrocarbon substances in and under said land as reserved by Hugh F. Newman and Marion L. Newman, husband and wife.

PARCEL 7:
The North Half, North Half, Northwest Quarter, Southwest Quarter, Section 36, Township 12 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 224-440-08)

### Section 02, Township 11 North, Range 13 West

PARCEL 8:
Lot 17, Section 2, Township 11. North, Range 13 West, S.B.B.M. Assessor's Parcel Number (237-121-02)

Except such oil, gas and all other mineral deposits together with the rights to prospect for, mine, and remove the same, as were required to be reserved to the United States by the act of June 1, 1938 (52 stat. 609) as amended and as reserved in the patent from the United States to Claire Gleason recorded February 27, 1962 in book 3467 page 73 of official records.

PARCEL 9:
Lot 22 of Section 2, Township 11 North, Range 13 West, S.B.B. & M.
East Half, Southeast Quarter, Northwest Quarter, Northwest Quarter of Section 2, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-121-29)

Excepting therefrom all oil, gas and other mineral deposits in the land so patented, together with the right to prospect for, mine and remove the same according to the provisions of said act of June 1, 1938 as excepted and reserved in patent by the united States of America recorded January 30, 1961 in Book 3343, page 995 of official records.

PARCEL 10:
Lot 36 of Section 2, Township 11 North, Range 13 West, S.B.B.M. Excepting therefrom all oil, gas and other mineral deposits in the land so patented, together with the right to prospect for, mine and remove the same.

According to the provisions of said act of June 1, 1938, as reserved by the United States of America, in patent recorded April 19, 1965 in Book 3832 page 729 of official records. Assessor's Parcel Number (237-122-14)

11-17-11                                              5



PARCEL 11:
Lot 51 in the North Half of Section 2, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-122-31)

Excepting therefrom to the United States all oil, gas and other mineral deposits in the land so patented, together with the right to prospect for, mine and remove the same according to the provisions of said act of June 1, 1938 as reserved by the United States of America in patent recorded January 30, 1961 in book 3343 page 995 of official records.

PARCEL 12:
The East Half, Northwest Quarter, Northwest Quarter, Southwest Quarter, of Section 2 Township 11 North, Range 13 West, S.B.B.M. Assessor's Parcel Number (237-131-02)

Excepting therefrom all oil, gas and other mineral Deposits in the Land so patented, together with the right to prospect for, mine and remove the same according to the provisions of said act of June 1, 1938, as reserved by the United States of America, in patent recorded February 8, 1960 in Book 3237, page 62 of official records.

PARCEL 13:
West Half, Southeast Quarter, Southeast Quarter, Southeast Quarter, Section 2 Township 11 North, Range 13 West, S.B.B.M. Assessor's Parcel Number (237-132-29)

Except the North 264 feet.

Also except all oil, gas and other mineral deposits in the lands so entered and patented, together with the right to prospect for, mine and remove the same pursuant to the provisions an limitations of the act of June 1, 1938 as reserved in the patent executed by the United States of America recorded January 16, 1961, in Book 3339 Page 85, of Official Records.

PARCEL 14:
East Half, Southwest Quarter, Southwest Quarter, Southeast Quarter, Section 2 Township 11 North, Range 13 West, S.B.B.M. Assessor's Parcel Number (237-132-34)

Except all oil, gas and other mineral deposits in said land, together with the right to prospect for, mine and remove the same according to the provisions of the act of June 1, 1938, as excepted by patent from the United States of America recorded December 8, 1969 in book 4344, page 887 of official records.

PARCEL 15:
The North 330 of the East 330 feet of the East Half, Southeast Quarter, Northeast Quarter, Southeast Quarter, Section 2 Township 11 North, Range 13 West, S.B.B.M. Assessor's Parcel Number (237-132-37)

Excepting therefrom that portion of said land conveyed by Dorothy Morrow in deed recorded January 12 1965 in Book 3803 page 530 of Official Records.

Also except all the coal and other mineral deposits in the lands so entered and patented, together with the right to prospect for, mine and remove the same pursuant to the provisions an limitations of the act of June 1, 1938 (52 Stat. 609), as excepted and reserved in the patent executed by the United States of America recorded January 16, 1961, in Book 3339 Page 85, of

11-17-11                                6



Official Records.

### Section 10, Township 11 North, Range 13 West

PARCEL 16:
The East Half, Northwest Quarter, Northwest Quarter, Northwest Quarter, Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-141-02)

Excepting therefrom all oil, gas and other mineral deposits in the land so patented, together with the right to prospect for, mine and remove the same pursuant to the provisions of some act of June 1, 1938 as reserved by deed recorded September 20, 1967 in Book 4090, page 851 of official records.

PARCEL 17:
The East Half, Southwest Quarter, Northwest Quarter, Northwest Quarter, Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-141-15)

Excepting therefrom all oil: gas and other mineral deposits in the land so patented, together with the right to prospect for, mine and remove the same according to the provisions of the act of June 1, 1938 (58 stat. 609) as reserved in by the USA. In patent recorded November 28, 1972 in Book 4750, page 484 of official records.

PARCEL 18:
East Half, Southeast Quarter, Southeast Quarter, Northwest Quarter, Section 10 Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-141-25)

Except all oil, gas and other mineral deposits, together with the right to prospect for, mine and remove the same according to the Provisions of said Act of June 1, 1938. (Assessor's Parcel Number 237-141-25) (Document Number 203062616)

PARCEL 19:
The West Half of the Northeast Quarter of the Northwest Quarter of the Northeast Quarter of Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-142-03)

Excepting therefrom all oil, gas and other mineral deposits in said land together with the right to prospect for, mine and remove the same according to the provisions of the act of June 1, 1938 and as reserved by the United States in the patent recorded November 17, 1972 in book 4747, page 619 of official records.

PARCEL 20:
The East Half of the Northeast Quarter of the Northwest Quarter of the Northeast Quarter of Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-142-04)

Expecting therefrom all oil, gas and other minerals as reserved in the patent recorded July 13, 1960 in book 3283, page 553 of the official records.

PARCEL 21:
The East Half, Northwest Quarter, Northeast Quarter, Northeast Quarter of Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-142-06)

PARCEL 22:
The East Half, Southwest Quarter, Northeast Quarter, Northeast Quarter of Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor Parcel No. 237-142-11)

Except all oil, gas and other mineral deposits together with the right to prospect for, mine and remove the same as reserved by the United States of America in patent recorded march 22, 1960 in book 3251 page 444 of official records.

PARCEL 23:
The East Half of the Southeast Quarter of the Northwest Quarter of the Northeast Quarter of Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-142-13)

Excepting therefrom all oil, gas and other mineral deposits together with the right to prospect for, mine and remove the same as were required to be reserved to the United States by the act of June 1, 1938 (52 stat. 609) as amended and reserved in the patent from the United States to Bernard Miles Clayton, recorded august 29, 1961 in book 3410, page 76 of official records.

PARCEL 24:
West Half, Southeast Quarter, Northwest Quarter, Northeast Quarter, Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-142-14) (Document Number 202203620)

Excepting therefrom the South Half, East Half, West Half, Southeast Quarter, Northwest Quarter, Southwest Quarter of Section 10

Also Excepting therefrom all oil, gas and other mineral deposits, together with the right to prospect for, mine and remove the same according to the Provisions of said Act of June 1, 1938.

As reserved by the United States of America in patent recorded October 26, 1961 in Book 3428, Page 365 of official records.

PARCEL 25:
West Half, Northwest Quarter, Southeast Quarter, Northeast Quarter, Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-142-21)

Except all oil, gas and other mineral deposits, together with the right to prospect for, mine and remove the same according to the Provisions of said Act of June 1, 1938.
(Assessor's Parcel Number 237-142-21)(Document Number 203278521)

PARCEL 26:
The West Half, Southwest Quarter, Southwest Quarter, Northeast Quarter of Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-142-32)

Excepting therefrom to the united States all oil, gas and other mineral deposits in the land so patented, together with the right to prospect for, mine and remove the same according to the provisions of the act of congress approved June 1, 1938 as reserved in patent recorded June 29, 1990 in Book 6400, page 2369 of official records.

PARCEL 27:

11-17-11  8

The West Half, West Half, Northwest Quarter, Northeast Quarter, Northeast Quarter of Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-142-33)

Excepting therefrom all oil, gas and other mineral deposits together with the right to prospect for, mine and remove the same according to the provisions of the act of congress approved June 1, 1938 (52 stat. 609) as reserved in the patent recorded march 25, 1960 in Book 3252, page 864 of official records.

PARCEL 28:
West Half, Southeast Quarter, Northwest Quarter, Northeast Quarter, Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-151-14) (Document Number 202203620)

Also Excepting therefrom all oil, gas and other mineral deposits, together with the right to prospect for, mine and remove the same according to the Provisions of said Act of June 1, 1938.

As reserved by the United States of America in patent recorded October 26, 1961 in Book 3428, Page 365 of official records.

PARCEL 29:
The East Half, Southwest Quarter, Northwest Quarter, Southwest Quarter of Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-151-15)

Excepting therefrom all oil, gas and other mineral deposits together with the right to prospect for, mine and remove the same according to the provisions of the act of congress approved June 1, 1938 as reserved by the united States of America in patent recorded may 7, 1990 in Book 6379, page 2486 of official records.

PARCEL 30:
West Half, Southeast Quarter, Southeast Quarter, Southwest Quarter, Section 10 Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-151-26)(Document Number 202093705)

PARCEL 31:
East Half, Northwest Quarter, Northeast Quarter, Southeast Quarter, Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-152-06)(Document Number 203278529)

Except all oil, gas and other mineral deposits, together with the right to prospect for, mine and remove the same according to the Provisions of said Act of June 1, 1938. As reserved by the United States of America in patent recorded April 5, 1960 in Book 3256, Page 3265 of official records.

PARCEL32:
The East Half of the Southeast Quarter of the Southeast Quarter of the Southeast Quarter of Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor Parcel No. 237-152-25) (Document Number 203030515)

Except all oil, gas and mineral deposits in the land so patented, together with the right to prospect for, mine and remove the same according to the provisions of said act of June 1, 1938 as excepted and reserved by the United States of America in patent recorded November 23, 1960 in

book 3323 page 611 of official records.

PARCEL 33:
East Half of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter of Section 10, Township 11 North, Range 13 West, according to the official plat of said land, on file in the bureau of land management. (Assessor Parcel No. 237-152-29)

Excepting therefrom all oil, gas and other mineral deposits, together with the right to prospect for, mine and remove the same according to the provisions of the act of congress, approved June 1, 1938 (52 stat. 609), as reserved to the United States in the patent recorded December 30, 1959 in book 3224, page 620 of official records.

### Section 11, Township 11 North, Range 13 West

PARCEL 34:
Southwest Quarter, Northwest Quarter, Southwest Quarter, Northeast Quarter, exclusive of 50% interest mineral rights Section 11, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-285-10)(Document Number 203049431)

PARCEL 35:
Southeast Quarter, Northwest Quarter, Southwest Quarter, Northeast Quarter, and those portions of the Southwest Quarter, Northeast Quarter, Southwest Quarter, Northeast Quarter, Northeast Quarter, Southwest Quarter, Southwest Quarter, Northeast Quarter, Quarter, Section 11, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-285-11)(Document Number 204093710)

Excepting therefrom all oil, gas, minerals and other hydrocarbon substances within or underlying said land as reserved by M & R Sheep Company, a Co-Partnership composed of G. Mendiburu and Oscar Rudnick in deed recorded November 22, 1955 in Book 2519, Page 283, of Official Records. (Assessor's Parcel Number 237-285-11)(Document Number 204093710)

### Section 15, Township 11 North, Range 13 West

PARCEL 36:
The Northwest Quarter, Northwest Quarter of Section 15, Township 11 North, Range 13 West, S.B.B. & M. Assessor's Parcel Number 237-185-01

Excepting therefrom Half of all oil, gas and minerals and hydrocarbon substances under and in said land as reserved by m & r sheep co., in deed dated August 4, 1955 recorded November 22, 1955 in Book 2519, page 289 of official records. Also excepting therefrom all oil, gas and other hydrocarbon substances and minerals in and under said land not previously excepted or reserved as reserved

AND
The Northwest Quarter of tile Southwest Quarter of Section 15, Township 11 North, Range 13 West, S.B.B. & M. Assessor's Parcel Number 237-185-01

Excepting therefrom Half of all oil, gas and minerals and hydrocarbon substances in and under said land as reserved by m & r sheep co., in deed dated August 4, 1955 recorded November 22, 1955 in Book 2519, page 289 of official records. Also excepting therefrom all oil, gas and other hydrocarbon substances and minerals in and under said land not previously excepted or reserved



as reserved by Benjamin Winter, a married man, in deed recorded Winter31, 1986 in Book 5954, page 2182 of official records.

AND
The Southwest Quarter, Northwest Quarter of Section 15, Township 11 North, Range 13 West, S.B.B. & M. Assessor's Parcel Number 237-185-01

Excepting therefrom Half of all oil, gas and minerals and hydrocarbon substances in and under said land as reserved by m & k sheep co., in deed dated August 4, 1955 recorded November 22, 1955 in Book 2519, page 289 of official records.

Also excepting therefrom all oil, gas and other hydrocarbon substances and minerals in and under said land not previously excepted or reserved as reserved by Benjamin Winter, a married man, in deed recorded Winter 31, 1986 in Book 5954, page 2182 of official records.

PARCEL 37:
The Northeast Quarter, Northwest Quarter of Section 15, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-185-02)

Excepting therefrom half of all oil, gas and minerals and hydrocarbon substances as reserved by M & R Sheep Company, in deed dated August 4, 1955 and recorded November 22, 1955 in Book 2519, page 289 of official records.

PARCEL 38:
The Northeast Quarter, Southeast Quarter, Northwest Quarter of Section 15, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-185-04)

Excepting therefrom half of all oil, gas and minerals and hydrocarbon substances as reserved by M & R Sheep company, in deed dated August 4, 1955 and recorded November 22, 1955 in Book 2519, page 289 of official records. (Assessor's Parcel Number 237-185-04)
**Section 9, Township 11 North, Range 13 West**

PARCEL 39:
The East Half of the East Half of Section 9, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-022-13)

Excepting therefrom one half of all oil, gas and other hydrocarbon substances and minerals in and under said land, as excepted in deed dated December 1, 1955 from M&R Sheep Company, recorded March 22, 1956, in Book 2581, Page 233 official records.

The **Investments Property** consist(s) of approximately 200 acres of land in Kern County, California as more specifically described below:

**Section 10, Township 11 North, Range 13 West**

PARCEL 1:
East Half, Southeast Quarter, Southwest Quarter, Southwest Quarter, Section 10 Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-151-29)(Document Number 203210889)

Except all oil, gas and other mineral deposits in the land so patented together with the right to

11-17-11                                                11



prospect for, mine and remove the same according to the provisions of said act of June 1, 1938.

PARCEL 2:
West Half, Southeast Quarter, Southwest Quarter, Southwest Quarter, Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-151-30) (Document Number 061782265)

PARCEL 3:
East Half, Southwest Quarter, Southwest Quarter, Southwest Quarter, Section 10 Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-151-31) (Document Number 2033210887)

Excepting therefrom all oil, gas and other mineral deposits, together with the right to prospect for, mine and remove the same according to the Provisions of said Act of June 1, 1938. As reserved by the United States of America in patent recorded October 26, 1961 in Book 3428, Page 365 of official records.

PARCEL 4:
South Half, East Half, West Half, Southeast Quarter, Northwest Quarter, Southwest Quarter, Section 10, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-151-33)

Except all oil, gas and other mineral deposits, together with the right to prospect for, mine and remove the same according to the Provisions of said Act of June 1, 1938. as reserved in U.S. patent recorded October 26th, 1961 in Book 3428, page 365 of Official Records.

Subject to all covenants, conditions, restrictions, reservations, rights, rights of way, agreements, acknowledgments, comments, and easements of record, including, but not limited to, certain reservations, easements, acknowledgments and comments as set forth in the deed recorded on May 6, 2005, as documented no. 0205116435 of Kern County Official Records.

**Section 16, Township 11 North, Range 13 West**

PARCEL 5:
The East Half, Northeast Quarter of Section 16, Township 11 North, Range 13 West, S.B.B. & M. (Assessor's Parcel Number 237-031-08)

Excepting therefrom said land an undivided 1/16th of all coal, oil, oil shale, gas, phosphate, sodium and other mineral deposits in said land as reserved to the State of California, by the provision of an act of the legislation, statutes of 1921 page 404 and amendments thereto. Also excepting therefrom Half of all oil, hydrocarbons and similar minerals but without the right of entry to depth of 500 feet from the surface thereon in and to the property. As granted to 1. J. Kessler, a married man, in deed recorded August 23, 1956 in Book 2654, page 300 of official records.

The **BLM Property** consists of approximately 520 acres of public land held in the name of the United States of America by and through the Bureau of Land Management in Section 2 and Section 10 in Township 11 North, Range 13 East, S.B.B. & M., in the County of Kern, State of California.

The **RMC Rights** means those certain rights to the BLM Property pursuant to the applications,

11-17-11            12

filings, easements and right-of-way grants made, applied for or obtained by RMC identified as BLM Property in this Exhibit.

## Schedule 1 to Exhibit A

Section 36, Township 12 North, Range 13 West

APN 224-440-02
APN 224-440-06
APN 224-440-12
APN 224-440-23
APN 224-440-24

Section 01, Township 11 North, Range 13 West

APN 237-261-15

Section 4, Township 11 North, Range 13 West

APN 237-167-24

11-17-11

13



**VIA U.S. MAIL & E-MAIL**

January 25, 2012

Gabriel Alonso
Chief Executive Officer
EDP Renewables USA
808 Travis, Suite 700
Houston, Texas 77002

      *RE:*   *Expiration of Term of Option and Owners' Purchase Rights Under Development Agreement*

Dear Mr. Alonso:

     Reference is made to that certain Wind Energy Development and Option Agreement dated as of November 17, 2006 by and between Renewable Land, LLC ("RLC"), Sean Garriff Roberts, Trustee of Sean Garriff Roberts 2005 Trust dba Roberts Investments ("Investments"), Renewable Management Corp. ("RMC, together with RLC and Investments, "Owners") and Rising Tree Wind Farm LLC, formerly known as Bent Tree Wind Farm LLC f/k/a Homestead Wind Farm LLC, a Delaware limited liability company ("Rising Tree"), as amended by that certain First Amendment to Wind Energy Development and Option Agreement and First Amendment to Memorandum of Wind Energy Development and Option Agreement dated October 15, 2010 (collectively, the "Development Agreement"). All capitalized terms not defined in this letter shall have the meanings ascribed to them in the Development Agreement.

     Thank you for visiting with us and reviewing EDP Renewables' proposals for development of the Rising Tree wind project. Your sincere interest and capabilities are evident and we are grateful for your team taking the time to lay out your thoughts. We have, however, decided to go in a different direction with the development of the property referenced in the Development Agreement owned by or under the control of Owners (the "Property") and thus we have chosen not to pursue discussions with EDP Renewables or Rising Tree for the lease of the Property or the development of such project on the Property.

     Therefore, in order to be able to fully and diligently consider whether to exercise the Owners' post-termination rights set forth in Section 10 of the Development Agreement, please forward the following information immediately:

1) Copies of all Wind Data and Environmental Studies as set forth in Section 7(c) of the Agreement including, but not limited to:

   *a) Avian Point Count Surveys Round One*
   *b) Ground Raptor Nest Surveys Round One*
   *c) Airspace Analysis*
   *d) Acoustic Bat Surveys*
   *e) Ground Raptor Surveys Round Two*

 f) Aerial Golden Eagle Survey Round One
 g) Desert Tortoise Survey
 h) Special Status Plant Survey Round One
 i) TV and Microwave Path Analysis
 j) Pedestrian Cultural Resource Survey
 k) Baseline Noise Analysis
 l) Wetlands Delineation
 m) Visual Resource Assessment
 n) Shadow Flicker Assessment
 o) Noise Assessment Study
 p) Air Quality Report
 q) Traffic Analysis
 r) Geologic Hazards Study
 s) Aerial Golden Eagle Survey Round Two
 t) Water Supply Assessment
 u) Special Status Plant Surveys Round Two
 v) Burrowing Owl Survey Round Two
 w) Mojave Ground Squirrel Survey
 x) Avian Point Count Surveys Round Two
 y) Supplemental Culture Resource Survey

  2) Evidence of land control for any real property (i) wholly or partly owned or leased by Rising Tree or over which Rising Tree holds easement, license, right of way, or other real estate or other rights, including, but not limited to, setback and noise waivers, which could be used for the development of a project in the vicinity of the Property, (ii) owned by any wholly-owned subsidiary of Horizon Wind Energy LLC located within the Project Boundary. Please also provide complete and verified evidence of the costs paid by such entities for the acquisition of each of these parcels of real property or real property rights.

 Thank you again and we look forward to receiving the above-referenced information forthwith. Please do not hesitate to contact us with any questions.

Sincerely yours,

Renewable Land, LLC

By: *[signature]*
Kirk S Tracey
Corporate Counsel

Sean Garriff Roberts, Trustee of Sean Garriff Roberts 2005 Trust dba Roberts Investments

By: _____
Kirk S Tracey
Counsel to Trustee

Renewable Management Corp.

By: _____
Kirk S Tracey
VP and Corporate Counsel

cc. Andrew Young