# EXHIBIT 2

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:
THOMAS V. DeNATALE, JR.
KLEIN, DeNATALE, et al.
4550 California Ave, 2nd Floor
P.O. Box 11172
Bakersfield, CA 93389-1172

James W. Fitch, Assessor-Recorder
Kern County Official Records
Recorded at the request of
Public

SOFIR
5/04/2012
10:28 AM

DOC#: 0212060856

Stat Types: 1    Pages: 15
Fees         57.00
Taxes         0.00
Others        0.00
PAID        $57.00

# NOTICE OF PENDING ACTION (LIS PENDENS)

APNS:

APN: 237-031-08
APN: 237-151-31
APN: 237-151-33
APN: 237-151-29
APN: 237-151-30
APN: 237-022-13
APN: 237-185-02
APN: 237-185-04
APN: 237-285-11
APN: 237-185-01
APN: 237-152-25
APN: 237-152-29
APN: 237-285-10
APN: 237-151-26
APN: 237-152-06
APN: 237-142-14
APN: 237-151-15
APN: 237-142-03
APN: 237-142-32
APN: 237-151-14
APN: 237-142-21
APN: 237-142-11
APN: 237-142-33

APN: 237-142-13
APN: 237-142-06
APN: 237-142-04
APN: 237-141-25
APN: 237-141-02
APN: 237-141-15
APN: 237-132-34
APN: 237-132-37
APN: 237-131-02
APN: 237-132-29
APN: 237-122-31
APN: 237-121-29
APN: 237-122-14
APN: 224-440-08
APN: 237-121-02
APN: 224-440-03
APN: 224-440-05
APN: 224-450-33
APN: 224-440-01
APN: 224-450-25
APN: 224-450-29

Thomas V. DeNatale, Jr., State Bar No. 65620
Terrence T. Egland, State Bar No. 240911
James R. Harvey, State Bar No. 273790
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: tvd@kleinlaw.com
       tegland@kleinlaw.com
       jharvey@kleinlaw.com

Attorneys for Plaintiffs

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF KERN – METROPOLITAN DIVISION

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. S-1500-CV-276511 <br><br> **NOTICE OF PENDING ACTION (LIS PENDENS)** |

PLEASE TAKE NOTICE that an action was commenced on April 30, 2012 and is now pending in the above-entitled Court, by the above-named plaintiffs against the above-named defendants.

The action is to quiet title, amongst other causes of action, to the real property described as follows:

> The East half of the Northeast quarter of Section 16, Township 11 North, Range 13 West, San Bernardino Meridian, according to the Official Plat of said land approved by the Surveyor General September 19, 1856.
>
> Excepting therefrom said land an undivided one-sixteenth (1/16th) of all coal, oil, shale, gas, phosphate, sodium and other mineral deposits in said land as reserved to the State of California, by the provision of an Act of the Legislation, Statutes of 1921, Page 404 and amendments thereto.
>
> Also excepting therefrom one-half of all oil, hydrocarbons and similar minerals but without the right of entry to depth of 500 feet from the surface thereon in and to the property, as granted to J.J. Kessler, a married man, in deed recorded August 23, 1956, in Book 2654, Page 300 of Official Records.
>
> APN: 237-031-08.
>
> The East half of the Southwest quarter of the Southwest quarter of the Southwest quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Meridian, according to the Official Plat thereof.
>
> Except all oil and other mineral deposits in and under said land, together with the right to prospect for, mine, and remove the same according to the provisions of said Act of June 1, 1938, as reserved in Patent from the United States of America recorded April 1, 1960 in Book 3255, Page 69 of Official Records.
>
> APN: 237-151-31.
>
> The South half of the East half of the West half of the Southeast quarter of the Northwest quarter of the Southwest quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.
>
> Except all oil, gas and other mineral deposits in said land together with the right to prospect for, mine, and remove the same according to the provisions of said Act of June 1, 1938, as reserved in U.S. Patent recorded October 26, 1961 in Book 3428, Page 365 of Official Records.
>
> Subject to all covenants, conditions, restrictions, reservations, rights, rights of way, agreements, acknowledgements, consents, and easements of record, including, but not limited to, certain reservations, easements, acknowledgements, and consents as set forth in the deed recorded on May 6, 2005, as Document No. 0205116435 of Kern County Official Records.
>
> APN: 237-151-33.

The East one-half (1/2) of the Southeast one-quarter (1/4) of the Southwest one-quarter (1/4) of the Southwest one-quarter (1/4) of Section 10, Township 11 North, Range 13 West, according to the Official Plat thereof.

Except all oil, gas and other mineral deposits in the land so patented together with the right to prospect for, mine, and remove the same according to the provisions of said Act of June 1, 1938.

APN: 237-151-29.

The West one-half of the Southeast Quarter of the Southwest Quarter of the Southwest Quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Meridian, in the unincorporated area of the County of Kern, State of California, according to the Official Plat thereof.

APN: 237-151-30.

The East half of the East half of Section 9, Township 11 North, Range 13 West, San Bernardino Base and Meridian, in the unincorporated area of the County of Kern, State of California, as per the Official Plat thereof on file in the Office of the Surveyor General, approved September 19, 1856.

Excepting therefrom one half of all oil, gas and other hydrocarbon substances and minerals in and under said land, as excepted in deed dated December 1, 1955 from M & R Sheep Company, recorded March 22, 1956, in Book 2581, Page 233 of Official Records.

Except therefrom all remaining oil, gas, minerals and hydrocarbon substances in and under said land with no right of entry upon the surface thereon, together with all rents, issues and profits therefrom, which the Grantors reserve unto themselves, their heirs, successors and assigns.

APN: 237-022-13.

The Northeast quarter of the Northwest quarter of Section 15, Township 11 North, Range 13 West, San Bernardino Base and Meridian, as per the Official Plat thereof on file in the Office of the Surveyor General, approved October 7, 1936.

Excepting therefrom half of all oil, gas and minerals and hydrocarbon substances as reserved by M & R Sheep Company, in deed dated August 4, 1955, and recorded November 22, 1955, in Book 2519, Page 289 of Official Records.

APN: 237-185-02.

The Northeast quarter of the Southeast quarter of the Northwest quarter of Section 15, Township 11 North, Range 13 West, San Bernardino Base and Meridian, as per the Official Plat thereof on file in the Office of the Surveyor General, approved October 7, 1936.

Excepting therefrom half of all oil, gas and minerals and hydrocarbon substances as reserved by M & R Sheep Company, in deed dated August 4, 1955 and recorded November 22, 1955 in Book 2519, Page 289 of Official Records.

APN: 237-185-04.

The Southeast quarter of the Northwest quarter of the Southwest quarter of the Northeast quarter, and those portions of the Southwest quarter of the Northeast quarter of the Southwest quarter of the Northeast quarter, and the Northeast quarter of the Southwest quarter of the Southwest quarter of the Northeast quarter of Section 11, Township 11 North, Range 13 West, San Bernardino Base and Meridian, in the unincorporated area of the County of Kern, State of California, according to the Official Plat thereof, lying Westerly of the West line of the Los Angeles Aqueduct as described in deed recorded March 15, 1967 in Book 4034 Page 437 Official Records.

Excepting therefrom all oil, gas, minerals and other hydrocarbon substances within or underlying said land as reserved by M & R Sheep Company, a co-partnership composed of G. Mendiburu and Oscar Rudnick in deed recorded November 22, 1955 in Book 2519, Page 283, of Official Records.

APN: 237-285-11.

The Northwest quarter of the Northwest quarter of Section 15, Township 11 North, Range 13 West, San Bernardino Meridian, approved by the Surveyor General September 18, 1956.

Excepting therefrom one-half of all oil, gas and minerals and hydrocarbon substances under and in said land as reserved by M & R Sheep Co., in deed dated August 4, 1955, recorded November 22, 1955, in Book 2519, Page 289 of Official Records.

Also excepting therefrom all oil, gas, and other hydrocarbon substances and minerals in and under said land not previously excepted or reserved as reserved by Benjamin Winter, a married man, in deed recorded December 31, 1986, in Book 5954, Page 2182 of Official Records.

AND

The Northwest quarter of the Southwest quarter of Section 15, Township 11 North, Range 13 West, San Bernardino Meridian, approved by the Surveyor General September 18, 1956.

Excepting therefrom one-half of all oil, gas and minerals and hydrocarbon substances in and under said land as reserved by M & R Sheep Co., in deed dated August 4, 1955, recorded November 22, 1955, in Book 2519, Page 289 of Official Records.

Also excepting therefrom all oil, gas, and other hydrocarbon substances and minerals in and under said land not previously excepted or reserved as reserved by Benjamin Winter, a married

man, in deed recorded December 31, 1986, in Book 5954, Page 2182 of Official Records.

AND

The Southwest quarter of the Northwest quarter of Section 15, Township 11 North, Range 13 West, San Bernardino Meridian, approved by the Surveyor General September 18, 1956.

Excepting therefrom one-half (1/2) of all oil, gas and minerals and hydrocarbon substances in and under said land as reserved by M & R Sheep Co., in deed dated August 4, 1955, recorded November 22, 1955, in Book 2519, Page 289 of Official Records.

Also excepting therefrom all oil, gas and other hydrocarbon substances and minerals in and under said land not previously excepted or reserved as reserved by Benjamin Winter, a married man, in deed recorded December 31, 1986, in Book 5954, Page 2182 of Official Records.

APN: 237-185-01.

The East half of the Southeast quarter of the Southeast quarter of the Southeast quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Meridian, according to the Official Plat thereof.

Except all oil, gas, and mineral deposits in the land so patented, together with the right to prospect for, mine, and remove the same according to the provisions of said Act of June 1, 1938 as excepted and reserved by the United States of America in Patent recorded November 23, 1960 in Book 3323, Page 611 of Official Records.

APN: 237-152-25.

The East half of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter of Section 10, Township 11 North, Range 13 West, according to the Official Plat of said land, on file in the Bureau of Land Management.

Excepting therefrom all oil, gas, and other mineral deposits, together with the right to prospect for, mine, and remove the same according to the provisions of the Act of Congress, approved June 1, 1938 (52 Stat. 609), as reserved to the United States in the Patent recorded December 30, 1959 in Book 3224, Page 620 of Official Records.

APN: 237-152-29.

The Southwest quarter of the Northwest quarter of the Southwest quarter of the Northeast quarter, exclusive of fifty percent (50%) interest mineral rights Section 11, Township 11 North, Range 13 West, San Bernardino Base and Meridian.

Subject to any mineral reservations of record.

APN: 237-285-10.

The West half of the Southeast quarter of the Southeast quarter of the Southwest quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

APN: 237-151-26.

The East half of the Northwest quarter of the Northeast quarter of the Southeast quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Meridian.

Except all the oil, gas, and other minerals in the lands so entered and patented, together with the right to prospect for, mine, and remove the same pursuant to the provisions and limitations of the Act of June 1, 1938 (52 Stat. 609), as excepted and reserved in the Patent executed by the United States of America, recorded April 5, 1960 in Book 3256, Page 18 of Official Records.

APN: 237-152-06.

The West one-half (1/2) of the Southeast one-quarter (1/4) of the Northwest one-quarter (1/4) of the Northeast one-quarter (1/4) of Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other mineral deposits, together with the right to prospect for, mine, and remove the same according to the provisions of the Act of June 1, 1938 (52 Stat. 609) as reserved by the United States of America in Patent recorded June 27, 1962 in Book 3504, Page 82 of Official Records.

APN: 237-142-14.

The East half of the Southwest quarter of the Northwest quarter of the Southwest quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Meridian, according to the Official Plat of said land.

Excepting therefrom all oil, gas, and other mineral deposits together with the right to prospect for, mine, and remove the same according to the provisions of the Act of Congress approved June 1, 1938 as reserved by the United States of America in Patent recorded May 7, 1990 in Book 6379, Page 2486 of Official Records.

APN: 237-151-15.

The West half of the Northeast quarter of the Northwest quarter of the Northeast quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other mineral deposits in said land, together with the right to prospect for, mine, and remove the same according to the provisions of the Act of June 1, 1938 and as reserved by the United States in the Patent recorded November 17, 1972, in Book 4747, Page 619 of Official Records.

APN: 237-142-03.

The West half of the Southwest quarter of the Southwest quarter of the Northeast quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom to the United States all oil, gas, and other mineral deposits in the land so patented, together with the right to prospect for, mine, and remove the same according to the provisions of the Act of Congress approved June 1, 1938 as reserved in Patent recorded June 29, 1990 in Book 6400, Page 2369 of Official Records.

APN: 237-142-32.

The West one-half (1/2) of the Southeast one-quarter (1/4) of the Northwest one-quarter (1/4) of the Southwest one-quarter (1/4) of Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat of the survey on file in the Bureau of Land Management and approved June 19, 1935.

Excepting therefrom the South one-half (1/2) of the East one-half (1/2) of the West one-half (1/2) of the Southeast one-quarter (1/4) of the Northwest one-quarter (1/4) of the Southwest one-quarter (1/4) of said Section 10.

Also excepting therefrom all oil, gas, and other mineral deposits, together with the right to prospect for, mine, and remove the same according to the Provisions of the Act of June 1, 1938 (52 Stat. 609) as reserved by the United States of America in Patent recorded October 26, 1961 in Book 3428, Page 365 of Official Records.

APN: 237-151-14.

The West half of the Northwest quarter of the Southeast quarter of the Northeast quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Meridian.

Except all the oil, gas, and other minerals in the lands so entered and patented, together with the right to prospect for, mine, and remove the same pursuant to the provisions and limitations of the Act of June 1, 1938 (39 Stat. 862), as excepted and reserved in the Patent executed by the United States of America, recorded April 20, 1960, in Book 3260, Page 585 of Official Records.

APN: 237-142-21.

N/A

The East half of the Southwest quarter of the Northeast quarter of the Northeast quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Meridian, according to the Official Plat thereof.

Except all oil, gas, and other mineral deposits together with the right to prospect for, mine, and remove the same as reserved by the United States of America in Patent recorded March 22, 1960 in Book 3251, Page 444 of Official Records.

APN: 237-142-11.

The West half of the West half of the Northwest quarter of the Northeast quarter of the Northeast quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other mineral deposits together with the right to prospect for, mine, and remove the same according to the provisions of the Act of Congress approved June 1, 1938 (52 stat. 609) as reserved in the Patent recorded March 25, 1960 in Book 3252, Page 864 of Official Records.

APN: 237-142-33.

The East half of the Southeast quarter of the Northwest quarter of the Northeast quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other mineral deposits together with the right to prospect for, mine and remove the same as were required to be reserved to the United States by the Act of June 1, 1938 (52 Stat. 609) as amended and reserved in the Patent from the United States to Bernard Miles Clayton, recorded August 29, 1961 in Book 3410, Page 76 of Official Records.

APN: 237-142-13.

The East half of the Northwest quarter of the Northeast quarter of the Northeast quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other mineral deposits together with the right to prospect for, mine and remove the same according to the provisions of the Act of Congress approved June 1, 1938 (52 Stat. 609) as excepted and reserved in the Patent from the United States of America, recorded April 15, 1960 in Book 3259, Page 332 of Official Records.

APN: 237-142-06.

The East half of the Northeast quarter of the Northwest quarter of the Northeast quarter of Section 10, Township 11 North, Range 13

West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other minerals as reserved in the Patent recorded July 13, 1960, in Book 3283, Page 553 of Official Records.

APN: 237-142-04.

The East half of the Southeast quarter of the Southeast quarter of the Northwest quarter of Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other mineral deposits, together with the right to prospect for, mine, and remove the same, according to the provisions of the Act of June 1, 1938 (52 Stat. 609) as reserved by the United States of America in Patent Recorded December 7, 1962 in Book 3552, Page 966 of Official Records.

APN: 237-141-25.

The East half of the Northwest quarter of the Northwest quarter of the Northwest quarter, Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other mineral deposits in the land so patented, together with the right to prospect for, mine, and remove the same pursuant to the provisions of said Act of June 1, 1938, as reserved by deed recorded September 20, 1967 in Book 4090, Page 851 of Official Records.

APN: 237-141-02.

The East half of the Southwest quarter of the Northwest quarter of the Northwest quarter, Section 10, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other mineral deposits in the land so patented, together with the right to prospect for, mine, and remove the same according to the provisions of the Act of June 1, 1938 (58 Stat. 609) as reserved by the United States of America in Patent recorded November 28, 1972 in Book 4750, Page 484 of Official Records.

APN: 237-141-15.

The East half of the Southwest quarter of the Southwest quarter of the Southeast quarter of Section 2, Township 11 North, Range 13 West, San Bernardino Meridian.

Except all the oil, gas, and other minerals in the lands so entered and patented, together with the right to prospect for, mine, and

3714601.DOC                                   9                      NOTICE OF PENDING ACTION

remove the same pursuant to the provisions and limitations of the Act of June 1, 1938 (52 Stat. 609), as excepted and reserved in the Patent executed by the United States of America, recorded February 8, 1961, in Book 3347, Page 515, of Official Records.

APN 237-132-34.

The North 330 feet of the East 330 feet of the East half of the Southeast quarter of the Northeast quarter of the Southeast quarter of Section 2, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat of the survey of said land filed in the Bureau of Land Management.

Excepting therefrom that portion of said land conveyed by Dorothy Morrow in deed recorded January 12, 1965 in Book 3803, Page 530 of Official Records.

Also except all the coal and other mineral deposits in the lands so entered and patented, together with the right to prospect for, mine, and remove the same pursuant to the provisions and limitations of the Act of June 1, 1938 (52 Stat. 609), as excepted and reserved in the Patent executed by the United States of America recorded January 16, 1961, in Book 3339, Page 85, of Official Records.

APN: 237-132-37.

The East Half of the Northwest quarter of the Northwest quarter of the Southwest quarter of Section 2, Township 11 North, Range 13 West, San Bernardino Base and Meridian, in the unincorporated area of the County of Kern, State of California, as per the Official Plat thereof on file in the Office of the Surveyor General.

Excepting therefrom all oil, gas, and other mineral deposits in the land so patented, together with the right to prospect for, mine, and remove the same according to the provisions of said Act of June 1, 1938, as reserved by the United States of America, in Patent recorded February 8, 1960 in Book 3237, Page 62 of Official Records.

APN: 237-131-02.

The West half of the Southeast quarter of the Southeast quarter of the Southeast quarter of Section 2, Township 11 North, Range 13 West, San Bernardino Meridian, in the County of Kern, State of California, according to the Official Plat of said land filed in the District Land Office October 7, 1936.

Except the North 264 feet.

Also except therefrom all oil, gas, and other mineral deposits in and under said land together with the right to prospect for, mine and remove the same according to the provisions of said Act of June 1, 1938, as excepted and reserved by the United States of America in Patent recorded February 24, 1960, in Book 3242, Page 151 of Official Records.

APN: 237-132-29.

Lot 51 in the North Half of Section 2, Township 11 North, Range 13 West, San Bernardino Meridian, according to the Official Plat thereof.

Excepting therefrom to the United States all oil, gas, and other mineral deposits in the land so patented, together with the right to prospect for, mine, and remove the same according to the provisions of said Act of June 1, 1938 as reserved by the United States of America in Patent recorded January 13, 1961 in book 3338, Page 541 of Official Records.

APN: 237-122-31.

Lot 22 of Section 2, Township 11 North, Range 13 West, San Bernardino Base and Meridian, according to the Official Plat thereof.

Excepting therefrom all oil, gas, and other mineral deposits in the land so patented, together with the right to prospect for, mine and remove the same according to the provisions of said Act of June 1, 1938 as excepted and reserved in Patent by the United States of America recorded January 30, 1961 in Book 3343, Page 995 of Official Records.

APN: 237-121-29.

Lot 36 of Section 2, Township 11 North, Range 13 West, San Bernardino Base and Meridian, as per the Official Plat thereof on file in the Office of the Surveyor General.

Excepting therefrom all oil, gas, and other mineral deposits in the land so patented, together with the right to prospect for, mine, and remove the same according to the provisions of said Act of June 1, 1938, as reserved by the United States of America, in Patent recorded April 19, 1965 in Book 3832, Page 729 of Official Records.

APN: 237-122-14.

The North half of the North half of the Northwest quarter of the Southwest quarter of Section 36, Township 12 North, Range 13 West, according to the Official Plat thereof.

APN: 224-440-08.

Lot 17, Section 2, Township 11 North, Range 13 West, S.B.B.M., according to the Official Plat filed in the District Land Office May 12, 1960.

Except such oil, gas and all other mineral deposits together with the rights to prospect for, mine, and remove the same, as were required to be reserved to the United States by the Act of June 1, 1938 (52 stat. 609) as amended and as reserved in the Patent from

the United States to Claire Gleason recorded February 27, 1962 in book 3467, Page 73 of Official Records.

APN: 237-121-02.

Lot 2 in the Northeast quarter of Section 36, Township 12 North, Range 13 West, San Bernardino Meridian, according to the Official Plat of said land approved by the Surveyor General September 19, 1856.

Excepting therefrom one-half of all oil, gas, minerals and other hydrocarbon substances in and under the land above described, as reserved by Hugh F. Newman and Marion L. Newman, husband and wife, in Deed recorded December 10, 1975, in Book 4927, Page 2373 Official Records. The plat of a dependent resurvey of said Township was filed in the District Land Office February 28, 1940.

APN: 224-440-03.

Lot 1 in the Northeast quarter of Section 36, Township 12 North, Range 13 West, San Bernardino Meridian, in the unincorporated area of the County of Kern, State of California, according to the Official Plat of said land approved by the Surveyor General on September 19, 1856 and the plate of the Dependent Resurvey of said land on file with the Bureau of Land Management filed February 28, 1940.

Excepting therefrom the East half of the East half of said Lot 1 as conveyed to Frederick Carlson and Sulma Lee Carlson, husband and wife as joint tenants, in deed recorded March 3, 1970 in Book 4373 Page 987 of Official Records.

Also excepting therefrom the West half of the West half of said Lot 1, as conveyed to Nicholas C. Theodore and Pauline R. Theodore, husband and wife as joint tenants, in deed recorded June 27, 1972 in Book 4892, Page 551 of Official Records.

Also excepting therefrom one-half (1/2) of all oil, gas, minerals and other hydrocarbon substances in and under said land as reserved by Hugh F. Newman and Marion L. Newman, husband and wife in deed recorded March 15, 1960 in Book 3248, Page 798, of Official Records.

APN: 224-440-05.

The South half of the North half of the Northwest quarter of the Southeast quarter of the Southeast quarter of Section 35, Township 12 North, Range 13 West, S.B.B.M.

Subject to all covenants, conditions, restrictions, reservations, rights, rights of way, and easements of record.

APN: 224-450-33.

The West one-half of Lots 1 and 2 in the Northwest quarter of Section 36, Township 12 North, Range 13 West, San Bernardino Meridian, in the unincorporated area of the County of Kern, State of California, according to the Official Plat of said land approved by the Surveyor General September 19, 1856.

The plat of a dependent resurvey of said township was filed in the District Land Office, February 28, 1940.

APN: 224-440-01.

The West half of the West half of the Southeast quarter of Section 35, Township 12 North, Range 13 West, S.B.B.M., in the County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom the North 249 feet thereof.

APN: 224-450-25.

The South half of the West half of the East half of the Southwest quarter of Fractional Section 35, Township 12 North, Range 13 West, San Bernardino Meridian, according to the Official Plat of said land on file in the Bureau of Land Management and approved by the Surveyor General on September 19, 1856.

Also excepting therefrom twenty-five percent (25%) of all oil, hydrocarbons, minerals (metallic and non-metallic, boron, rare earth, rock, sand, and gravel. Grantor herein shall not have the right to enter upon the property but only participation rights in interest in proportion to above interest in the event oil, minerals, etc. are developed as reserved by Earl W. Dible and Isabel W. Dible, as community property in deed recorded January 13, 1969, in Book 4231 Page 301 of Official Records.

APN: 224-450-29.

Date: May 2, 2012

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
Thomas V. DeNatale, Jr.
Attorneys for Plaintiffs

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

    I am employed in the county of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 4550 California Avenue, Bakersfield, California 93309. My e-mail address is sgraves@kleinlaw.com.

    On **May 3, 2012**, I served the foregoing document described as follows: **NOTICE OF PENDING ACTION (LIS PENDENS)**

[X] by placing the true copies thereof

[ ] by placing the original

addressed as follows:

| | |
|---|---|
| C T Corporation System<br>818 W. 7th Street<br>Los Angeles, CA 90017 | Agent of Service for<br>RISING TREE WIND FARM LLC, a<br>Delaware limited liability company |
| C T Corporation System<br>818 W. 7th Street<br>Los Angeles, CA 90017 | Agent of Service for<br>EDP RENEWABLES NORTH AMERICA<br>LLC, a Delaware limited liability company |

[X] **"Certified, Return-Receipt" MAIL**   I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail, **via certified, return-receipt requested mail**, at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 3, 2012, at Bakersfield, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

SHERRY GRAVES                                           *[signature]*
Type or Print Name                                      Signature