# EXHIBIT 3

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:** RISING TREE WIND FARM LLC, a Delaware *(AVISO AL DEMANDADO):* limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming any legal or equitable right, title, estate, lien, or interest in Additional Parties Attachment form is attached. | *FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE)* **FILED** SUPERIOR COURT, METROPOLITAN DIVISION COUNTY OF KERN **MAY 0 1 2012** TERRY McNALLY, CLERK BY_____ DEPUTY |

**YOU ARE BEING SUED BY PLAINTIFF:** RENEWABLE LAND, LLC, a
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* California limited liability
company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN
GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California
Additional Parties Attachment form is attached.

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* Superior Court of California, County of Kern 1415 Truxtun Avenue Bakersfield, California 93301 | **CASE NUMBER:** *(Número del Caso):* S-1500-CV-276511 **NFT** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Thomas V. DeNatale, Jr., Esq.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Klein, DeNatale, Goldner, et al.
4550 California Avenue, 2nd Floor, Bakersfield, CA 93309                                   661-395-1000

| | | | |
|---|---|---|---|
| DATE: *(Fecha)* **MAY 0 1 2012** | TERRY McNALLY Clerk, by CLERK | (Secretario) | , Deputy *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 *www.courtinfo.ca.gov* Westlaw Doc & Form Builder |

[SEAL] SUPERIOR COURT OF CALIFORNIA · COUNTY OF KERN · EUREKA

**SUM-200(A)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

[X] Plaintiff    [ ] Defendant    [ ] Cross-Complainant    [ ] Cross-Defendant

trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation,

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Westlaw Doc & Form Builder™

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff   ☒ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive,

Page ___1___ of ___1___

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Westlaw Doc & Form Builder™



# SUPERIOR COURT OF CALIFORNIA
## METROPOLITAN DIVISION
1415 TRUXTUN AVENUE, BAKERSFIELD, CA  93301

**FOR COURT USE ONLY**

*FILED*
SUPERIOR COURT, METROPOLITAN DIVISION
COUNTY OF KERN

MAY 0 1 2012

TERRY McNALLY, CLERK
BY_____ DEPUTY

**PLAINTIFF**
RENEWABLE LAND, LLC, A CALIFORNIA LIMITED
LIABILITY COMPANY
SEAN GARRIFF ROBERTS, AN INDIVIDUAL AND
TRUSTEE OF THE SEAN GARRIFF ROBERTS 2005
RENEWABLE MANAGEMENT CORPORATION, A
CALIFORNIA CORPORATION, ET AL

**DEFENDANT**
RISING TREE WIND FARM LLC, A DELAWARE LIMIITED
LIABILICITY COMPANY
EDP RENEWABLES NORTH AMERICA LLC, A DELAWARE
LIMITED LIABILITY COMPANY

**CASE NUMBER: S-1500-CV-276511, NFT**

## NOTICE OF CASE MANAGEMENT CONFERENCE

**TO EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY IN THIS ACTION:**

THIS CASE IS SET FOR CASE MANAGEMENT CONFERENCE BY THE HONORABLE <u>LINDA S ETIENNE</u>, ON <u>**Oct 29, 2012**</u>
AT <u>**8:30 AM**</u>  IN <u>**DEPARTMENT 14**</u>, OF THIS SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN.

<u>APPEARANCE BY THE ATTORNEY RESPONSIBLE FOR THE TRIAL OF THIS ACTION IS MANDATORY.</u>

### NOTICE TO PLAINTIFF'S COUNSEL
**IMPORTANT:** You are required to serve this Notice of Case Management Conference date with the service of the Summons, Complaint (Local
Rule 3.8 (a)), Civil Mediation Information Brochure, and ADR Stipulation and Order Form.  [CRC, Rule 3.221]

### NOTICE TO CROSS COMPLAINANT'S COUNSEL
**IMPORTANT:** If you are bringing a cross complaint against new parties, you are, likewise, required to serve this Notice of Case Management
Conference date on the new cross defendants.

DATE: Tuesday, May 01, 2012

**TERRY McNALLY**
Clerk of the Superior Court

By_____ Deputy

ANGEL MURATALLA

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF KERN

## SPECIAL RULES RELATING TO CASE MANAGEMENT CONFERENCES

At least fifteen (15) days prior to the Case Management Conference, each party shall prepare, file, and serve on each other party a Case Management Statement in accordance with California Rules of Court, Rule 3.720 - 3.730.  All parties shall comply with California Rules of Court, Rule 3.720 - 3.730.

More than one party may join in the filing of a single report (see California Rules of Court, Rule 3.720 - 3.730).

The Case Management Conference shall be attended by the attorney primarily responsible for the case on behalf of each party or a member of his or her firm or counsel formally associated in the case.  The attorney attending shall be thoroughly familiar with the case, and be able to engage in meaningful discussions with court and counsel, and to enter into agreements on behalf of his or her client on all subjects set forth in California Rules of Court, Rule 3.720 - 3.730.

Any violation of these rules shall result in the imposition of sanctions which may include monetary, issue, termination, or other appropriate sanctions (see California Rules of Court, Rule 2.30).



# SUPERIOR COURT OF CALIFORNIA
## METROPOLITAN DIVISION
### 1415 TRUXTUN AVENUE, BAKERSFIELD, CA 93301



FOR COURT USE ONLY

FILED
SUPERIOR COURT, METROPOLITAN DIVISION
COUNTY OF KERN

MAY 14 2012

TERRY McNALLY, CLERK
BY _____ DEPUTY

**PLAINTIFF**
RENEWABLE LAND, LLC, A CALIFORNIA LIMITED
LIABILITY COMPANY
SEAN GARRIFF ROBERTS, AN INDIVIDUAL AND
TRUSTEE OF THE SEAN GARRIFF ROBERTS 2005
RENEWABLE MANAGEMENT CORPORATION, A
CALIFORNIA CORPORATION, ET AL

**DEFENDANT**
RISING TREE WIND FARM LLC, A DELAWARE LIMIITED
LIAIBILITY COMPANY
EDP RENEWABLES NORTH AMERICA LLC, A DELAWARE
LIMITED LIABILITY COMPANY .

**CASE NUMBER: S-1500-CV-276511, NFT**

TO:    THOMAS V. DENATALE, JR., ESQ.
       (BIN)
       4550 CALIFORNIA AVENUE, SECOND FLOOR
       BAKERSFIELD, CA 93309

RE:    RENEWABLE LAND VS RISING TREE
Case No. S-1500-CV-276511, LSE

## NOTICE OF REJECTION / REQUEST FOR CORRECTIONS


_X_   The attached  **NOTICE OF PENDENDING ACTION**  papers are being returned for the following reason(s):

_X_         Other:      **DOES NOT COMPLY WITH CCP §405.22** .


## ANY CORRESPONDENCE REQUIRING AN ANSWER FROM THE COURT MUST BE ACCOMPANIED BY A STAMPED, SELF ADDRESSED ENVELOPE.


                                        TERRY McNALLY
                                        Clerk of the Superior Court

DATE: Monday, May 14, 2012          By _____ Deputy
                                        (ANA L HINOJOSA)