1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

10     **RENEWABLE LAND, LLC, a**      )      **1:12-CV-0809 AWI SMS**
         **California limited liability company,**    )

11     **SEAN GARRIFF ROBERTS, an**      )      **ORDER FINDING IT**
         **individual and Trestee of the SEAN**   )      **NECESSARY TO RECUSE**

12     **GARRIFF ROBERTS 2005 TRUST dba** )      **ALL JUDGES IN THE**
         **ROBERTS INVESTMENTS, a**      )      **EASTERN DISTRICT OF**

13     **California Trust; and RENEWABLE**    )      **CALIFORNIA FROM**
         **MANAGEMENT CORPORATION, a**   )      **THIS ACTION**

14     **California corporation,**          )
                              )

15             **Plaintiffs,**         )
                              )

16        **v.**                 )
                              )

17     **RISING TREE WIND FARM, LLC, a**   )
         **Delaware limited liability company;**    )

18     **EDP RENEWABLES NORTH**      )
         **AMERICA LLC, a Delaware limited**   )

19     **limited liability company; ALL**      )
         **PERSONS UNKNOWN claiming any**    )

20     **legal or equitable right, title, estate, lien,** )
         **or interest in the property described in**   )

21     **the complaint adverse to Plaintiff's title** )
         **or any cloud on Plainitffs' title thereto,** )

22                               )
            **Defendants.**        )

23    _____ )

24

25      After reviewing the parties, counsel, and complaint in this action, the undersigned finds it

26 necessary to recuse all Judges in the United States District Court for the Eastern District of

27 California from this action.  General Order No. 515; see also  8 U.S.C. § 455; Liteky v. United

28 States, 510 U.S. 540, 555 (1994).  When a District Court Judge for another District is selected to

1 | preside over this action, the court will notify the parties and transfer the action accordingly.

2 |       Therefore, all Judges in the Eastern District of California recuse themselves from this

3 | action pursuant to General Order No. 515.   The Clerk of the Court is DIRECTED to send a copy

4 | of this order to the Ninth Circuit to facilitate finding a new Judge in another District to preside

5 | over this action.

6 | IT IS SO ORDERED.

7 |

  Dated:    May 30, 2012

8 |                     CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28