IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company, SEAN GARRIFF ROBERTS, an individual and Trestee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California Trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RISING TREE WIND FARM, LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited limited liability company; ALL PERSONS UNKNOWN claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title or any cloud on Plainitffs' title thereto,<br><br>　　　　　Defendants. | 1:12-CV-0809 AWI SMS<br><br>ORDER FINDING IT NECESSARY TO RECUSE ALL JUDGES IN THE EASTERN DISTRICT OF CALIFORNIA FROM THIS ACTION |

　　　After reviewing the parties, counsel, and complaint in this action, the undersigned finds it necessary to recuse all Judges in the United States District Court for the Eastern District of California from this action.  General Order No. 515; see also  8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994).  When a District Court Judge for another District is selected to

preside over this action, the court will notify the parties and transfer the action accordingly.

Therefore, all Judges in the Eastern District of California recuse themselves from this action pursuant to General Order No. 515. The Clerk of the Court is DIRECTED to send a copy of this order to the Ninth Circuit to facilitate finding a new Judge in another District to preside over this action.

IT IS SO ORDERED.

Dated:   May 30, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

2