Thomas V. DeNatale, Jr., State Bar No. 65620
Terrence T. Egland, State Bar No. 240911
James R. Harvey, State Bar No. 273790
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: tvd@kleinlaw.com
       tegland@kleinlaw.com
       jharvey@kleinlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation, <br><br>        Plaintiffs, <br><br>    v. <br><br> RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive, <br><br>        Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 12-CV-00809-LEW <br><br> ORDER RE DISMISSAL WITHOUT PREJUDICE OF CAUSES OF ACTION ONE THROUGH FOUR AS TO DEFENDANT EDP RENEWABLES NORTH AMERICA LLC <br><br><br> Complaint Filed: April 30, 2012 |

1

2 **ORDER**

3 PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

4 Plaintiffs, RENEWABLE LAND, LLC; SEAN GARRIFF ROBERTS, an individual and Trustee

5 of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a

6 California trust; and RENEWABLE MANAGEMENT CORPORATION hereby dismiss without

7 prejudice, as against defendant EDP RENEWABLES NORTH AMERICA LLC only, the first

8 four causes of action set forth in Plaintiffs' Complaint in the above-entitled action.

9

10                        IT IS SO ORDERED.

11

12 Dated: 8/3/12           <u>Ronald S.W. Lew</u>
                           Honorable Ronald S.W. Lew
13                         Senior, U.S. District Court Judge