UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

CIVIL MINUTES - GENERAL

Case No.      1:12-cv-00809-RJT                                      Date: February 4, 2013

Title:        *RENEWABLE LAND, LLC, et al. v. RISING TREE WIND FARM LLC, et al.*

PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE

| Patricia Gomez | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
None                                       None

**PROCEEDINGS: (IN CHAMBERS)  ORDER GRANTING DEFENDANT-COUNTERCLAIMANT RISING TREE WIND FARM LLC'S EX PARTE APPLICATION**

   Having considered the ex parte application of Defendant-Counterclaimant Rising Tree Wind Farm LLC and the opposition of Plaintiffs-Counterdefendants Renewable Land LLC, *et al.*, the court finds that Defendant-Counterclaimants have demonstrated that they will suffer irreparable prejudice if they are required to oppose the motion for summary judgment filed by Plaintiffs-Counterdefendants prior to the court conducting a mandatory scheduling conference and discovery commencing. Therefore, good cause having been shown for the relief requested therein, the ex parte application is GRANTED. The hearing on Plaintiffs-Counterdefendants' motion for partial summary judgment (Docket No. 32) is vacated, and the motion is stricken without prejudice. Plaintiffs-Counterdefendants may refile the motion in accordance with the schedule set by the court at the scheduling conference.[1]

   **IT IS SO ORDERED.**

---

[1] The court will issue a ruling on the motion to dismiss and file an order setting the scheduling conference no later than Tuesday, February 12, 2013.

1