UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

## CIVIL MINUTES - GENERAL

Case No.       1:12-cv-00809-RJT_____                    Date: <u>February 7, 2013</u>

Title:          <u>*RENEWABLE LAND, LLC, et al. v. RISING TREE WIND FARM LLC, et al.*</u>

-

PRESENT:                        <u>THE HONORABLE ROBERT J. TIMLIN, JUDGE</u>

  <u>Patricia Gomez</u>                                           <u>None</u>

      Courtroom Clerk                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
        None                                            None

**PROCEEDINGS: (IN CHAMBERS)  ORDER SETTING SCHEDULING CONFERENCE**

Counsel are hereby notified that a telephonic Scheduling Conference has been set for March 11, 2013 at 10:00 a.m. before Judge Robert Timlin.  The parties will be notified in a later minute order with the call-in information for the conference call.

Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 240 in a timely fashion and to file a Joint Rule 26(f) Report on or before March 1, 2013. The title page of the report must state the date and time of the Scheduling Conference.  The parties' report shall, in addition to addressing the matters specified in Rule 26(f) and Local Rule 240, set forth their views regarding (1) a preliminary estimate of the time required for trial; (2) what motions the parties are likely to make that may be dispositive or partially dispositive; and (3) any unusual legal issues presented by the case.  The court requests that a mandatory chambers copy of the report be delivered to chambers the following day.

If counsel fail to file the required Joint Rule 26(f) Report or fail to appear at the Scheduling Conference and such failure is not otherwise satisfactorily explained to the Court, the Court may take such action as it deems appropriate, such as monetary sanctions, or ultimately, dismissal or default.

Plaintiff's counsel is directed to give notice of the scheduling conference to all parties that have appeared in this action, and is directed to give notice of the scheduling conference immediately to each party that makes an initial appearance in the action after this date.

**IT IS SO ORDERED.**