UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Fresno Division

CIVIL MINUTES - GENERAL

Case No.     1:CV12-00809-RJT                              Date February 20, 2013

Title:     *Renewable Land, LLC et al  v. Rising Tree Wind Farm LLC  et al.*

PRESENT:
THE HONORABLE ROBERT J. TIMLIN, JUDGE

  Patricia Gomez                                              None

  Courtroom Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
   None                                                        None

ORDER SUBMITTING MOTION TO INTERVENE ON PAPERS AS OF MARCH 4, 2013, AND SETTING MOTION FOR PRELIMINARY INJUNCTION FOR HEARING ON MARCH 11, 2013 AT 10:00 A.M.

   Pursuant to the Court's standing order, the Motion to Intervene filed by Addison Energy Resources LLC on January 31, 2013 will be submitted on the papers, effective March 4, 2013.  The Court hereby sets the Motion for Preliminary Injunction for hearing on March 11, 2013 at 10:00 a.m., at United States Central District Court, Courtroom 4,  second floor, 312 North Spring Street, Los Angeles, California.  The Scheduling Conference previously set for a telephonic conference on March 11, 2013 at 10:00 a.m. will be held at the conclusion of the motion hearing.

   IT IS SO ORDERED.


CIVIL MINUTES                                                        INITIALS OF CRD __pg___