```
 1   JOHN A. O'MALLEY (Bar No. 101181)
     jomalley@fulbright.com
 2   ERIC A. HERZOG (Bar No. 229066)
     eherzog@fulbright.com
 3   FULBRIGHT & JAWORSKI L.L.P.
     555 South Flower Street
 4   Forty-First Floor
     Los Angeles, California 90071
 5   Telephone: (213) 892-9200
     Facsimile: (213) 892-9494
 6
     OLIVER W. WANGER (Bar No. 40331)
 7   owanger@wjhattorneys.com
     WANGER JONES HELSLEY PC
 8   265 E. River Park Circle, Suite 310
     Fresno, California 93270
 9   Telephone: (559) 233-4800
     Facsimile: (559) 233-9330
10
     Attorneys for Defendants and Counterclaimant
11   RISING TREE WIND FARM LLC and
     EDP RENEWABLES NORTH AMERICA
12   LLC
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>ADDISON ENERGY RESOURCES LLC, a Delaware limited liability company,<br><br>    Plaintiff-Intervenor,<br><br>    vs.<br><br>RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming legal or equitable right, title, estate, lien or interest in the | Case No. 1:12-cv-00809-RJT<br><br>Judge: Hon. Robert J. Timlin<br>                RJT<br>[~~PROPOSED~~] ORDER |
|---|---|

|     |                                                                                                                                                                                                                                                                                      |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive,                                                                                                                                        |
| 2   |                                                                                                                                                                                                                                                                                       |
| 3   | Defendants.                                                                                                                                                                                                                                                                           |
| 4   |                                                                                                                                                                                                                                                                                       |
| 5   |                                                                                                                                                                                                                                                                                       |
| 6   |                                                                                                                                                                                                                                                                                       |
| 7   |                                                                                                                                                                                                                                                                                       |
| 8   | RISING TREE WIND FARM LLC, a Delaware limited liability company,                                                                                                                                                                                                                      |
| 9   | Counterclaimant,                                                                                                                                                                                                                                                                      |
| 10  | vs.                                                                                                                                                                                                                                                                                   |
| 11  | RENEWABLE LAND, LLC, a California limited liability company; RENEWABLE MANAGEMENT CORPORATION, a California corporation; SEAN GARRIFF ROBERTS, Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust                                              |
| 12  |                                                                                                                                                                                                                                                                                       |
| 13  |                                                                                                                                                                                                                                                                                       |
| 14  |                                                                                                                                                                                                                                                                                       |
| 15  |                                                                                                                                                                                                                                                                                       |
| 16  | Counterdefendants.                                                                                                                                                                                                                                                                    |

1  The Court, having reviewed and considered the Stipulation of the parties,
2  finds that good cause exists for the scheduling modifications requested therein, and
3  ORDERS as follows:
4  Rising Tree will file its opposition to Plaintiffs' Motion to Dismiss Rising
5  Tree's First Amended Counterclaim on or before May 13, 2013.
6  Plaintiffs will file their reply in support of their Motion on or before May 20,
7  2013.
8  The hearing on Plaintiffs' Motion is continued from May 13, 2013, to June 3,
9  2013, subject to the understanding that Court may take the June 3 hearing off
10 calendar and rule on the papers. If the Court elects not to hold a hearing, the
11 Motion will be deemed submitted after Plaintiffs' reply brief is filed on May 20,
12 2013.
13 **IT IS SO ORDERED.**

DATED: 5/2/13

ROBERT J. TIMLIN
United States District Judge