JOHN A. O'MALLEY (Bar No. 101181)
jomalley@fulbright.com
ERIC A. HERZOG (Bar No. 229066)
eherzog@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

OLIVER W. WANGER (Bar No. 40331)
owanger@wjhattorneys.com
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93270
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Attorneys for Defendants and Counterclaimant
RISING TREE WIND FARM LLC and
EDP RENEWABLES NORTH AMERICA LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>ADDISON ENERGY RESOURCES LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff-Intervenor,<br><br>　　vs.<br><br>RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming legal or equitable right, title, estate, lien or interest in the | Case No. 1:12-cv-00809-RJT<br><br>Judge: Hon. Robert J. Timlin<br><br>　　RJT<br>[~~PROPOSED~~] ORDER |

57109800.1         - 1 -                                    [PROPOSED] ORDER

DOCUMENT PREPARED ON RECYCLED PAPER

1  property described in the complaint adverse to Plaintiff's title, or any cloud
2  on Plaintiffs' title thereto; and DOES 1 through 50, inclusive,
3
    Defendants.
4
5
6
7
8  RISING TREE WIND FARM LLC, a Delaware limited liability company,
9
    Counterclaimant,
10
    vs.
11
   RENEWABLE LAND, LLC, a California limited liability company;
12 RENEWABLE MANAGEMENT CORPORATION, a California
13 corporation; SEAN GARRIFF ROBERTS, Trustee of the SEAN
14 GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a
15 California trust
16
    Counterdefendants.
17
18
19
20
21
22
23
24
25
26
27
28

1   The Court, having reviewed and considered the Stipulation of the parties,
2   finds that good cause exists for the scheduling modifications requested therein, and
3   ORDERS as follows:
4   Rising Tree will file its opposition to Plaintiffs' Motion to Dismiss Rising
5   Tree's First Amended Counterclaim on or before May 13, 2013.
6   Plaintiffs will file their reply in support of their Motion on or before May 20,
7   2013.
8   The hearing on Plaintiffs' Motion is continued from May 13, 2013, to June 3,
9   2013, subject to the understanding that Court may take the June 3 hearing off
10  calendar and rule on the papers. If the Court elects not to hold a hearing, the
11  Motion will be deemed submitted after Plaintiffs' reply brief is filed on May 20,
12  2013.
13  **IT IS SO ORDERED.**

DATED: 5/2/13

ROBERT J. TIMLIN
United States District Judge