Case 1:12-cv-00809-RJT   Document 69-1   Filed 05/16/13   Page 1 of 3

1 JOHN A. O'MALLEY (Bar No. 101181)
   jomalley@fulbright.com
2 ERIC A. HERZOG (Bar No. 229066)
   eherzog@fulbright.com
3 FULBRIGHT & JAWORSKI L.L.P.
   555 South Flower Street
4 Forty-First Floor
   Los Angeles, California 90071
5 Telephone: (213) 892-9200
   Facsimile: (213) 892-9494
6
7 OLIVER W. WANGER (Bar No. 40331)
   owanger@wjhattorneys.com
   WANGER JONES HELSLEY PC
8 265 E. River Park Circle, Suite 310
   Fresno, California 93270
9 Telephone: (559) 233-4800
   Facsimile: (559) 233-9330
10
11 Attorneys for Defendants and Counterclaimant
   RISING TREE WIND FARM LLC and
12 EDP RENEWABLES NORTH AMERICA LLC

13            UNITED STATES DISTRICT COURT

14        EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation, | Case No. 1:12-cv-00809-RJT |
| | Judge: Hon. Robert J. Timlin |
| | [~~PROPOSED~~] ORDER |
| Plaintiff, | |
| ADDISON ENERGY RESOURCES LLC, a Delaware limited liability company, | |
| Plaintiff-Intervenor, | |
| vs. | |
| RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming legal or equitable right, title, estate, lien or interest in the | |

DOCUMENT PREPARED
ON RECYCLED PAPER

| | |
|---|---|
| 1 | property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | |
| 6 | |
| 7 | |
| 8 | RISING TREE WIND FARM LLC, a Delaware limited liability company, |
| 9 | Counterclaimant, |
| 10 | vs. |
| 11 | RENEWABLE LAND, LLC, a California limited liability company; RENEWABLE MANAGEMENT CORPORATION, a California corporation; SEAN GARRIFF ROBERTS, Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counterdefendants. |

The Court, having reviewed and considered the Stipulation of the parties, finds that good cause exists for the scheduling modifications requested therein, and ORDERS as follows:

Rising Tree will file its opposition to Plaintiffs' Motion to Dismiss Rising Tree's First Amended Counterclaim on or before May 28, 2013.

Plaintiffs will file their reply in support of their Motion on or before June 4, 2013.

The hearing on Plaintiffs' Motion is continued from June 3, 2013, to June 10, 2013, subject to the understanding that Court may take the June 10 hearing off calendar and rule on the papers. If the Court elects not to hold a hearing, the Motion will be deemed submitted after Plaintiffs' reply brief is filed on June 4, 2013.

**IT IS SO ORDERED.**

DATED: 5/21/13

ROBERT J. TIMLIN
United States District Judge