JOHN A. O'MALLEY (Bar No. 101181)
jomalley@fulbright.com
ERIC A. HERZOG (Bar No. 229066)
eherzog@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

OLIVER W. WANGER (Bar No. 40331)
owanger@wjhattorneys.com
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93270
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Attorneys for Defendants and Counterclaimant
RISING TREE WIND FARM LLC and
EDP RENEWABLES NORTH AMERICA LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>ADDISON ENERGY RESOURCES LLC, a Delaware limited liability company,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming legal or equitable right, title, estate, lien or interest in the | Case No. 1:12-cv-00809-RJT<br><br>Judge: Hon. Robert J. Timlin<br><br>[~~PROPOSED~~] ORDER |

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| 1 | property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | |
| 6 | |
| 7 | |
| 8 | RISING TREE WIND FARM LLC, a Delaware limited liability company, |
| 9 | Counterclaimant, |
| 10 | vs. |
| 11 | RENEWABLE LAND, LLC, a California limited liability company; RENEWABLE MANAGEMENT CORPORATION, a California corporation; SEAN GARRIFF ROBERTS, Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counterdefendants. |

The Court, having reviewed and considered the Stipulation of the parties, finds that good cause exists for the scheduling modifications requested therein, and ORDERS as follows:

Rising Tree will file its opposition to Plaintiffs' Motion to Dismiss Rising Tree's First Amended Counterclaim on or before May 28, 2013.

Plaintiffs will file their reply in support of their Motion on or before June 4, 2013.

The hearing on Plaintiffs' Motion is continued from June 3, 2013, to June 10, 2013, subject to the understanding that Court may take the June 10 hearing off calendar and rule on the papers. If the Court elects not to hold a hearing, the Motion will be deemed submitted after Plaintiffs' reply brief is filed on June 4, 2013.

**IT IS SO ORDERED.**

DATED: 5/21/13

ROBERT J. TIMLIN
United States District Judge