Thomas V. DeNatale, Jr., State Bar No. 65620
Terrence T. Egland, State Bar No. 240911
James R. Harvey, State Bar No. 273790
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: tvd@kleinlaw.com
       tegland@kleinlaw.com
       jharvey@kleinlaw.com

Attorneys for Plaintiffs and Counterdefendants,
RENEWABLE LAND, LLC; SEAN GARRIFF ROBERTS;
and RENEWABLE MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>ADDISON ENERGY RESOURCES, LLC, a Delaware limited liability company,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:12-cv-00809-RJT<br><br>**ORDER ON STIPULATION RE: PLAINTIFFS' AND COUNTERDEFENDANTS' MOTION TO DISMISS RISING TREE'S FIRST AMENDED COUNTERCLAIM**<br><br>Assigned to Hon. Robert J. Timlin |

The Court, having reviewed and considered the Stipulation of the parties, finds that good cause exists for the scheduling modifications requested therein, and ORDERS as follows:

Rising Tree will file its opposition to Plaintiffs' Motion to Dismiss Rising Tree's First Amended Counterclaim on or before July 1, 2013.

Plaintiffs will file their reply in support of their Motion on or before July 8, 2013.

The hearing on Plaintiffs' Motion is continued to July 15, 2013, subject to the understanding that Court may take the hearing off calendar and rule on the papers. If the Court elects not to hold a hearing, the Motion will be deemed submitted after Plaintiffs' reply brief is filed on July 8, 2013.

**IT IS SO ORDERED.**

Dated: JUN 1 9 2013

By: ROBERT J. TIMLIN
HON. ROBERT J. TIMLIN
United States District Judge