Case 1:12-cv-00809-RJT   Document 75-1   Filed 06/24/13   Page 1 of 3

JOHN A. O'MALLEY (Bar No. 101181)
jomalley@fulbright.com
ERIC A. HERZOG (Bar No. 229066)
eherzog@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

OLIVER W. WANGER (Bar No. 40331)
owanger@wjhattorneys.com
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93270
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Attorneys for Defendants and Counterclaimant
RISING TREE WIND FARM LLC and
EDP RENEWABLES NORTH AMERICA LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation, <br><br>        Plaintiff, <br><br> ADDISON ENERGY RESOURCES LLC, a Delaware limited liability company, <br><br>        Plaintiff-Intervenor, <br><br>    vs. <br><br> RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming legal or equitable right, title, estate, lien or interest in the | Case No. 1:12-cv-00809-RJT <br><br> Judge: Hon. Robert J. Timlin <br><br> RJT <br> [~~PROPOSED~~] ORDER |

Case 1:12-cv-00809-RJT   Document 75-1   Filed 06/24/13   Page 2 of 3

1  property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive,

Defendants.

RISING TREE WIND FARM LLC, a Delaware limited liability company,

Counterclaimant,

vs.

RENEWABLE LAND, LLC, a California limited liability company; RENEWABLE MANAGEMENT CORPORATION, a California corporation; SEAN GARRIFF ROBERTS, Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust

Counterdefendants.

~~Case 1:12-cv-00809-RJT   Document 75-1   Filed 06/24/13   Page 3 of 3~~

1. The Court, having reviewed and considered the Stipulation of the parties,
2. finds that good cause exists for the relief requested therein, and ORDERS as
3. follows:
4. All activity in this case is STAYED for 45 days from the date of this Order.
5. All existing case deadlines and scheduled case events are VACATED, including all
6. dates set forth in the Court's scheduling order dated March 11, 2013 (Docket No.
7. 60). If dismissals are not filed during the period that the stay is in effect, the Court
8. will set a scheduling conference on the earliest available date to reschedule the
9. vacated deadlines and case events.
10. **IT IS SO ORDERED.**

DATED: 6/24/2013

*Robert J. Timlin*
ROBERT J. TIMLIN
United States District Judge