1  JOHN A. O'MALLEY (Bar No. 101181)
   john.omalley@nortonrosefulbright.com
2  ERIC A. HERZOG (Bar No. 229066)
   eric.herzog@nortonrosefulbright.com
3  TARIFA B. LADDON (Bar No. 240419)
   tarifa.laddon@nortonrosefulbright.com
4  FULBRIGHT & JAWORSKI LLP
   555 South Flower Street, Forty-First Floor
5  Los Angeles, California 90071
   Telephone: (213) 892-9200
6  Facsimile: (213) 892-9494

7  OLIVER W. WANGER (Bar No. 40331)
   owanger@wjhattorneys.com
8  WANGER JONES HELSLEY PC
   265 E. River Park Circle, Suite 310
9  Fresno, California 93270
   Telephone: (559) 233-4800
10 Facsimile: (559) 233-9330

11 Attorneys for Defendants and Counterclaimant
   RISING TREE WIND FARM LLC and
12 EDP RENEWABLES NORTH AMERICA LLC

13              UNITED STATES DISTRICT COURT

14           EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| 15 RENEWABLE LAND, LLC, a California limited liability company; 16 SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN 17 GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a 18 California trust; and RENEWABLE MANAGEMENT CORPORATION, a 19 California corporation, <br><br> 20    Plaintiff, <br><br> 21 ADDISON ENERGY RESOURCES LLC, a Delaware limited liability 22 company, <br><br> 23    Plaintiff-Intervenor, <br><br> 24    vs. <br><br> 25 RISING TREE WIND FARM LLC, a Delaware limited liability company; 26 EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited 27 liability company; ALL PERSONS UNKNOWN claiming legal or equitable 28 right, title, estate, lien or interest in the | Case No. 1:12-cv-00809-RJT <br><br> Judge: Hon. Robert J. Timlin <br><br> [~~PROPOSED~~] ORDER <br> RJT |

| | |
|---|---|
| 1 | property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | |
| 6 | |
| 7 | |
| 8 | RISING TREE WIND FARM LLC, a Delaware limited liability company, |
| 9 | Counterclaimant, |
| 10 | vs. |
| 11 | RENEWABLE LAND, LLC, a California limited liability company; RENEWABLE MANAGEMENT CORPORATION, a California corporation; SEAN GARRIFF ROBERTS, Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counterdefendants. |

DOCUMENT PREPARED ON RECYCLED PAPER

1  The Court, having reviewed and considered the Stipulation of the parties, finds that good cause exists for the relief requested therein, and ORDERS as follows:

All activity in this case is STAYED to and including September 25, 2013. If dismissals are not filed during the period that the stay is in effect, the Court will set a scheduling conference on the earliest available date to reschedule the vacated deadlines and case events.

**IT IS SO ORDERED.**

DATED: 8/9/13

Robert J. Timlin
ROBERT J. TIMLIN
United States District Judge