1   JOHN A. O'MALLEY (Bar No. 101181)
    john.omalley@nortonrosefulbright.com
2   ERIC A. HERZOG (Bar No. 229066)
    eric.herzog@ nortonrosefulbright.com
3   TARIFA B. LADDON (Bar No. 240419)
    tarifa.laddon@ nortonrosefulbright.com
4   FULBRIGHT & JAWORSKI L.L.P.
    555 South Flower Street, Forty-First Floor
5   Los Angeles, California 90071
    Telephone: (213) 892-9200
6   Facsimile: (213) 892-9494

7   OLIVER W. WANGER (Bar No. 40331)
    owanger@wjhattorneys.com
8   WANGER JONES HELSLEY PC
    265 E. River Park Circle, Suite 310
9   Fresno, California 93270
    Telephone: (559) 233-4800
10   Facsimile: (559) 233-9330

11   Attorneys for Defendants and Counterclaimant
    RISING TREE WIND FARM LLC and EDP
12   RENEWABLES NORTH AMERICA LLC

13            UNITED STATES DISTRICT COURT

14       EASTERN DISTRICT OF CALIFORNIA - FRESNO

15   RENEWABLE LAND, LLC, a     Case No. 1:12-cv-00809-RJT
    California limited liability company;
16   SEAN GARRIFF ROBERTS, an     Judge: Hon. Robert J. Timlin
    individual and Trustee of the SEAN
17   GARRIFF ROBERTS 2005 TRUST dba   [~~PROPOSED~~] **RJT** ORDER GRANTING
    ROBERTS INVESTMENTS, a     **DISMISSAL OF ENTIRE ACTION**
18   California trust; and RENEWABLE   **WITH PREJUDICE**
    MANAGEMENT CORPORATION, a
19   California corporation,

20           Plaintiffs,

21   ADDISON ENERGY RESOURCES
    LLC, a Delaware limited liability
22   company,

23          Plaintiff-Intervenor,

24       vs.

25   RISING TREE WIND FARM LLC, a
    Delaware limited liability company;
26   EDP RENEWABLES NORTH
    AMERICA LLC, a Delaware limited
27   liability company; ALL PERSONS
    UNKNOWN claiming legal or equitable
28   right, title, estate, lien or interest in the

57276280.1                 PROPOSED ORDER GRANTING
                                   STIPULATION

1   property described in the complaint
    adverse to Plaintiff's title, or any cloud
2   on Plaintiffs' title thereto; and DOES 1
    through 50, inclusive,
3
            Defendants.
4

5

6

7

8   RISING TREE WIND FARM LLC, a
    Delaware limited liability company,
9
            Counterclaimant,
10
        vs.
11
    RENEWABLE LAND, LLC, a
12  California limited liability company;
    RENEWABLE MANAGEMENT
13  CORPORATION, a California
    corporation; SEAN GARRIFF
14  ROBERTS, Trustee of the SEAN
    GARRIFF ROBERTS 2005 TRUST dba
15  ROBERTS INVESTMENTS, a
    California trust
16
            Counterdefendants.
17

18

19

20

21

22

23

24

25

26

27

28
    57276280.1

PROPOSED ORDER GRANTING
DISMISSAL

The Court, having reviewed and considered the Stipulation of the parties, finds that good cause exists for dismissal with prejudice requested therein, and ORDERS as follows:

1. All claims and causes of action alleged in this case, including all counterclaims, are dismissed with prejudice in their entirety; and

2. Each party shall bear his/its own costs and fees.

**IT IS SO ORDERED.**

Dated: **8/26/13**

By: _Robert J Timlin_

HON. ROBERT J. TIMLIN
United States District Judge

57276280.1                          - 1 -                    PROPOSED ORDER GRANTING
                                                                     DISMISSAL