JOHN A. O'MALLEY (Bar No. 101181)
john.omalley@nortonrosefulbright.com
ERIC A. HERZOG (Bar No. 229066)
eric.herzog@nortonrosefulbright.com
TARIFA B. LADDON (Bar No. 240419)
tarifa.laddon@nortonrosefulbright.com
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

OLIVER W. WANGER (Bar No. 40331)
owanger@wjhattorneys.com
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93270
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Attorneys for Defendants and Counterclaimant
RISING TREE WIND FARM LLC and EDP
RENEWABLES NORTH AMERICA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| RENEWABLE LAND, LLC, a California limited liability company; SEAN GARRIFF ROBERTS, an individual and Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust; and RENEWABLE MANAGEMENT CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>ADDISON ENERGY RESOURCES LLC, a Delaware limited liability company,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>RISING TREE WIND FARM LLC, a Delaware limited liability company; EDP RENEWABLES NORTH AMERICA LLC, a Delaware limited liability company; ALL PERSONS UNKNOWN claiming legal or equitable right, title, estate, lien or interest in the | Case No. 1:12-cv-00809-RJT<br><br>Judge: Hon. Robert J. Timlin<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

57276280.1

PROPOSED ORDER GRANTING
STIPULATION

1  property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs' title thereto; and DOES 1 through 50, inclusive,

2  

3  Defendants.

4  

5  

6  

7  

8  RISING TREE WIND FARM LLC, a Delaware limited liability company,

9  Counterclaimant,

10  vs.

11  RENEWABLE LAND, LLC, a California limited liability company; RENEWABLE MANAGEMENT CORPORATION, a California corporation; SEAN GARRIFF ROBERTS, Trustee of the SEAN GARRIFF ROBERTS 2005 TRUST dba ROBERTS INVESTMENTS, a California trust

12  

13  

14  

15  

16  Counterdefendants.

17  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28  

57276280.1

PROPOSED ORDER GRANTING DISMISSAL

The Court, having reviewed and considered the Stipulation of the parties, finds that good cause exists for dismissal with prejudice requested therein, and ORDERS as follows:

1. All claims and causes of action alleged in this case, including all counterclaims, are dismissed with prejudice in their entirety; and
2. Each party shall bear his/its own costs and fees.

**IT IS SO ORDERED.**

Dated: 8/26/13

By: /Robert J. Timlin/

HON. ROBERT J. TIMLIN
United States District Judge

57276280.1

- 1 -

PROPOSED ORDER GRANTING DISMISSAL